**585** BLACK vs. CIRCUIT JUDGE (Wayne), No. 14671, 104 M., 286.

To compel respondent to set aside an order denying a re-taxation of costs in ejectment in favor of each of the defendants, where the case had gone to trial, and all the defendants were acquitted.

Denied March 5, 1895, with costs.

Held, that How. Stat., Secs. 8964, 8967 to 8969 contemplate but one bill of costs in favor of defendants in such case.

**586** LEFEVRE ET AL. vs. CIRCUIT JUDGE (Wayne), No. 15992½.

To vacate an order granting taxable costs to the proponents of a will after a verdict against the will, on appeal from the Probate Court, and after costs had been awarded to relators as contestants.

Order to show cause denied December 18, 1896.

**587** GRUNER vs. CIRCUIT JUDGE (Wayne), No. 13341.

To vacate an order allowing costs against relator on appeal from an order made by the probate judge appointing relator as administrator, with the will annexed, of an estate, in a case where the appointment was made in lieu of those whose appointment was asked for, and the selection was made by the probate judge without solicitation on the part of relator.

Granted March 8, 1893, without costs.